**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: VALTRUS INNOVATIONS LTD. PATENT LITIGATION** )
Key Patent Innovations Ltd. et al v. Ark Data Centers, LLC, W.D. Pennsylvania, C.A. No. 2:26-01734 ) MDL No. 3190

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in the above listed action on August 27, 2026. Prior to expiration of that order's 7-day stay of transmittal, defendant filed a notice of opposition to the proposed transfer. Defendant has now notified the Panel that it wishes to withdraw the opposition to transfer of the action.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on August 27, 2026, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James Rodney Gilstrap.

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel